**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **PEGGY MOORE** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:25-CV-00997-O** |
| | § | |
| **TAKE 5 LLC, ET AL.** | § | |
| | § | |
| ***Defendants*** | § | |

---

**AGREED TAKE NOTHING JUDGMENT**

---

Before the Court is the Agreed Motion for Entry of Final Take Nothing Judgment (the "Motion") filed by Plaintiff (ECF No. 50). After reviewing the Motion, and noting that the relief sought therein is agreed to by Defendants, the Court is of the opinion that the Motion should be, and is hereby, granted, in that:

Plaintiff take nothing by this suit, and that Defendants be in all things discharged and go hence without delay;

Plaintiff's claims and causes of action in the above-numbered and entitled cause, as well as all claims and causes of action that could have been brought in the above-numbered and entitled cause, are hereby dismissed in their entirety with prejudice as to her right to re-file same or any part thereof;

Costs of court shall be paid by the party incurring same.

**SO ORDERED** this **1st day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE